| UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO <br> **SENTENCING MINUTE SHEET** |||||||
|---|---|---|---|---|---|---|
| CR No: | 14-2771 MCA || USA vs.: | Julian |||
| Date: | 4/22/15 || Name of Deft: | Terrance Julina |||
| Before the Honorable: || Chief Judge M. Christina Armijo ||||
| Time In/Out: | 1:34 p.m. – 2:04 p.m. || Total Time in Court (**for JS10**): | 30 minutes |||
| Clerk: | J. Gonzales || Court Reporter: | Julie Goehl |||
| AUSA: | David Adams || Defendant's Counsel: | Ahmad Assed |||
| Sentencing in: | Albq. || Interpreter: ||||
| Probation Officer: | Christopher Sanchez || Sworn? | Yes || No |
| Convicted on: | X | Plea | | Verdict | As to: | Information | X | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Count I ||
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: ||
| Date of Plea/Verdict: | 11/26/14 || PSR: | X | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings || Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: ||||||||

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 18 months ||
|---|---|---|---|
| Supervised Release: 3 years | Probation: || 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence ||| ICE not applicable |

| **SEPCIAL CONDITIONS OF SUPERVISION** ||||
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| X | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ____ months ____ days |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | Refrain from use/possession of cannabinoids | | No loitering within 100 feet of school yards |
| X | OTHER: Educational/vocational program – Anger Management course – Parenting Courses |||

| Fine: $ | 0.00 ||| Restitution: $ | Not requested as this time ||
|---|---|---|---|---|---|---|
| SPA: $ | 0.00 | ($100) as to each Count || Payment Schedule: | Due Imm. | X Waived |
| OTHER: | Forfeits right title and interest in in Marlin model 1894 lever action rifle, setial number 18020598 ||||||

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: |||
| | Dismissed Counts: |||
| OTHER COMMENTS: | Mr.Assed argues in support of sentencing memorandum – requests variance of 2 levels for sentence of 12 months. <br> Mr. Adams addresses Court – guideline sentence is appropriate in this case. |||

|  | Defendant addresses Court.<br>Court denies request for variance.<br>Mr. Assed requests rescinding of provision that states no contact with victim.<br> USPO Sanchez represents order can be removed.<br>Court will permit contact with defendant. |
|---|---|